

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-18-00623-CR

Matthew **SERNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED. The appellant's brief is due on September 26, 2019. **No further extensions absent extraordinary circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk